IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Ian A Henderson,<br><br>   Plaintiff,<br><br>v.<br><br>San Diego Sunrise Management Company,<br><br>   Defendant. | No. CV-22-01174-PHX-DJH<br><br>**ORDER** |

  The Court having reviewed the parties' Stipulation of Dismissal (Doc. 18), filed on November 11, 2022,

  **IT IS ORDERED** approving the Stipulation (Doc. 18). Plaintiff's Class and Collective Action claims are **dismissed, without prejudice**, and Plaintiff's individual claims are **dismissed, with prejudice**.

  **IT IS FURTHER ORDERED vacating** the Rule 16 Scheduling Conference set for November 28, 2022 (Doc. 17).

  **IT IS FINALLY ORDERED** directing the Clerk of Court to terminate this action.

  Dated this 14th day of November, 2022.

Honorable Diane J. Humetewa
United States District Judge